IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| MARK E. MCDUFFIE, | ) | Civil Action No. 5:21-cv-00794-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this 15th day of December, 2021, upon consideration of the Defendant's Motion to Remand, ECF No. 25, it is hereby

ORDERED that Defendant's motion is GRANTED and this action is REMANDED to the Commissioner for further evaluation under the fourth sentence of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

December 15, 2021                                  Kaymani D. West
Florence, South Carolina                           United States Magistrate Judge