IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| MARK E. MCDUFFIE, | Civil Action No. 5:21-cv-00794-KDW |
| Plaintiff, | |
| v. | |
| KILOLO KIJAKAZI,<br>Acting Commissioner of<br>Social Security Administration, | |
| Defendant. | |

## **ORDER**

AND NOW, this 24th day of March, 2022, upon consideration of the Parties' STIPULATION it is hereby,

ORDERED that Plaintiff, Mark E. McDuffie, is awarded Seven Thousand, Seven Hundred, Fifty Dollars and 00/100 Cents ($7,750.00) in attorney fees under the EAJA. These attorney fees will be paid directly to Plaintiff, Mark E. McDuffie, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s). Based upon the Stipulation filed by the parties, ECF No. 30, Plaintiff's Motion for Attorney Fees, ECF No. 29, is denied as moot.

March 24, 2022　　　　　　　　　　　　　　　　　　　　　Kaymani D. West
Florence, South Carolina　　　　　　　　　　　　　　　United States Magistrate Judge